60 F.3d 536w
 95 Daily Journal D.A.R. 8672
 NATIONAL AMERICAN INSURANCE COMPANY OF CALIFORNIA, Plaintiff-Appellee,
v.
CERTAIN UNDERWRITERS AT LLOYD'S LONDON, subscribing to the
reinsurance agreements represented by certificates
number LC 58392 and LC 103204, Defendant,
and
Smith and Companies, Defendant-Appellant.
 No. 94-55047.
 United States Court of Appeals,
Ninth Circuit.
 Submitted May 3, 1995*.
Decided June 30, 1995.
As Amended on Denial of Rehearing and Suggestion for
Rehearing En Banc Aug. 24, 1995.**
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION